UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

       v.                               :   **INFORMATION**

AYMAN RABADI,                     :   13 Cr. 353 (  )

       Defendant.                       :

- - - - - - - - - - - - - - - - - - - - - -x

ORIGINAL

## COUNT ONE

The United States Attorney charges:

1. From in or about November 2010, up to and including on or about April 18, 2013, in the Southern District of New York and elsewhere, AYMAN RABADI, the defendant, unlawfully, wilfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining property by means of false and fraudulent pretenses, representations or promises, for the purpose of executing such scheme and artifice and attempting to do so, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate commerce, writings, signs, signals, pictures, and sounds, as set forth below.

2. AYMAN RABADI, the defendant, held himself out to be a federal law enforcement officer and in such pretended character did obtain money and property from others. For the purpose of executing this scheme and artifice and attempting to do so, the defendant caused Western Union money wire transfers to be made

from California to Westchester, New York, and caused interstate phone calls to be made between Pennsylvania and New York, and between California and New York.

(Title 18, United States Code, Section 1343.)

*Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

AYMAN RABADI,

Defendant.

INFORMATION

13 Cr.

Preet Bharara
United States Attorney for *Southern District of New York*
(914) 993-1940